# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:15–cv–07214–VM

Luna et al v. Marvell Technology Group, Ltd. et al  
Assigned to: Judge Victor Marrero  
Member case:  
  1:15–cv–07300–VM  
Related Cases:  1:15–cv–07300–VM  
                 1:15–cv–07304–VM  
Cause: 15:78j(b)ss Stockholder Suit  

Date Filed: 09/11/2015  
Date Terminated: 11/18/2015  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question  

**Plaintiff**

**Daniel Luna**  
*individually and on behalf of all others similarly situated*

represented by **Lesley Frank Portnoy**  
Glancy Prongay &Murray LLP  
122 East 42nd Street, Suite 2920  
New York, NY 10168  
(212) 682–5340  
Fax: (212) 884–0988  
Email: LPortnoy@glancylaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Plaintiff**

**Philip Limbacher**

represented by **Jeremy Alan Lieberman**  
Pomerantz LLP  
600 Third Avenue, 20th Floor  
New York, NY 10016  
(212)–661–1100  
Fax: (212)–661–8665  
Email: jalieberman@pomlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph Alexander Hood , II**  
Pomerantz LLP  
600 Third Avenue  
New York, NY 10016  
(212)–661–1100  
Email: ahood@pomlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Jim Farno**

represented by **Jeremy Alan Lieberman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Joseph Alexander Hood , II**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Movant**

| **Philip J Limbacher** | represented by | **Jeremy Alan Lieberman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

| **Employees Pension Plan Of The City Of Clearwater** | represented by | **Curtis Victor Trinko**<br>Law Offices of Curtis V. Trinko, LLP<br>16 West 46th Street, Seventh Floor<br>New York, NY 10036<br>212−490−9550<br>Fax: 212−986−0158<br>Email: ctrinko@trinko.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

| **Plumbers and Pipefitters National Pension Fund** | represented by | **David Avi Rosenfeld**<br>Robbins Geller Rudman &Dowd LLP(LI)<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br>631−367−7100<br>Fax: 631−367−1173<br>Email: drosenfeld@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

| **Cambridge Retirement System** | represented by | **Gerald H. Silk**<br>Bernstein Litowitz Berger &Grossmann LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>212 554 1282<br>Fax: 212−554−1444<br>Email: jerry@blbglaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

| **Oakland County Employees' Retirement System** | represented by | **Gerald H. Silk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

| | | |
|---|---|---|
| **Hui Qian** | represented by | **Lesley Frank Portnoy** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Marvell Technology Group, Ltd.** | represented by | **Harry Arthur Olivar** |
| | | Quinn, Emanuel, Urquhart, Oliver &Hedges, LLP(CA) |
| | | 865 South Figueroa Street, 10th Flr. |
| | | Los Angeles, CA 90017 |
| | | (213)443−3176 |
| | | Fax: (213)−443−3100 |
| | | Email: harryolivar@quinnemanuel.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

**Sehat Sutardja**

**Defendant**

| | | |
|---|---|---|
| **Michael Sashkin** | represented by | **Joshua Garrett Hamilton** |
| | | Paul, Hastings, Janofsky &Walker LLP |
| | | 515 South Flower Street 25th Floor |
| | | Los Angeles, CA 90071 |
| | | (213) 683−6000 |
| | | Fax: (213) 627−0705 |
| | | Email: joshuahamilton@paulhastings.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

**Sukhi Nagesh**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2015 | Ï 1 | COMPLAINT against Marvell Technology Group, Ltd., Sukhi Nagesh, Michael Sashkin, Sehat Sutardja. (Filing Fee $ 400.00, Receipt Number 0208−11380907)Document filed by Daniel Luna.(Portnoy, Lesley) (Entered: 09/11/2015) |
| 09/11/2015 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS as to Marvell Technology Group, Ltd., Sehat Sutardja, Michael Sashkin, and Sukhi Nagesh, re: 1 Complaint. Document filed by Daniel Luna. (Portnoy, Lesley) (Entered: 09/11/2015) |
| 09/11/2015 | Ï 3 | CIVIL COVER SHEET filed. (Portnoy, Lesley) (Entered: 09/11/2015) |
| 09/14/2015 | Ï | |

| | | |
|---|---|---|
| | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Lesley Frank Portnoy. The party information for the following party/parties has been modified: Daniel Luna. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (laq)** (Entered: 09/14/2015) |
| 09/14/2015 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Victor Marrero. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (laq) (Entered: 09/14/2015) |
| 09/14/2015 | Ï | Magistrate Judge Henry B. Pitman is so designated. (laq) (Entered: 09/14/2015) |
| 09/14/2015 | Ï | Case Designated ECF. (laq) (Entered: 09/14/2015) |
| 09/22/2015 | Ï 4 | **FILING ERROR – DEFICIENT PLEADING – SUMMONS REQUESTED IS NOT AN AMENDED SUMMONS** – REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to MICHAEL RASHKIN, re: 1 Complaint. Document filed by Daniel Luna. (Portnoy, Lesley) Modified on 9/23/2015 (pc). (Entered: 09/22/2015) |
| 09/23/2015 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney to RE–FILE Document No. 4 Request for Issuance of Amended Summons,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; The defendant "MICHAEL RASHKIN" is not listed on the complaint or on ECF. You must file an Amended Complaint with the new defendant. You must also add the new party via "Add Party for Pleading". If you desire a request for issuance of amended summons, the word "amended" must be before "summons in a civil case". Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (pc)** (Entered: 09/23/2015) |
| 09/23/2015 | Ï 5 | ELECTRONIC SUMMONS ISSUED as to Marvell Technology Group, Ltd., Sukhi Nagesh, Michael Sashkin, Sehat Sutardja. (pc) (Entered: 09/23/2015) |
| 11/02/2015 | Ï 6 | MOTION for Joshua G. Hamilton to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11577119. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Michael Sashkin. (Attachments: # 1 Exhibit 1 (Certificate of Good Standing), # 2 Text of Proposed Order)(Hamilton, Joshua) (Entered: 11/02/2015) |
| 11/02/2015 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 6 MOTION for Joshua G. Hamilton to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11577119. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 11/02/2015) |
| 11/03/2015 | Ï 7 | ORDER FOR ADMISSION PRO HAC VICE granting 6 Motion for Joshua G. Hamilton to Appear Pro Hac Vice. (As further set forth in this Order) (Signed by Judge Victor Marrero on 11/3/2015) (kl) (Entered: 11/03/2015) |
| 11/03/2015 | Ï 8 | ORDER: It is hereby ORDERED that the Clerk of Court is directed to consolidate these actions for all pretrial purposes; and it is further ORDERED that all filings in connection with the consolidated action be docketed against the remaining lower numbered case, 15 Civ. 7214; and it is finally ORDERED that the Clerk of Court close the referenced higher numbered cases, 15 Civ. 7300 and 15 Civ. 7304, as separate actions and remove them from the Court's docket. (As further set forth in this Order.) (Signed by Judge Victor Marrero on 11/3/2015) (kgo) (Entered: 11/03/2015) |

| | | |
|---|---|---|
| 11/03/2015 | Ï 9 | NOTICE OF APPEARANCE by Harry Arthur Olivar on behalf of Marvell Technology Group, Ltd.. (Olivar, Harry) (Entered: 11/03/2015) |
| 11/03/2015 | Ï 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Marvell Technology Group, Ltd..(Olivar, Harry) (Entered: 11/03/2015) |
| 11/10/2015 | Ï 11 | MOTION to Appoint Counsel *Pomerantz LLP*., MOTION to Appoint Philip J. Limbacher to serve as lead plaintiff(s) . Document filed by Philip J Limbacher. (Attachments: # 1 Text of Proposed Order)(Lieberman, Jeremy) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 12 | MEMORANDUM OF LAW in Support re: 11 MOTION to Appoint Counsel *Pomerantz LLP*. MOTION to Appoint Philip J. Limbacher to serve as lead plaintiff(s) . . Document filed by Philip J Limbacher. (Lieberman, Jeremy) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 13 | DECLARATION of Jeremy A. Lieberman in Support re: 11 MOTION to Appoint Counsel *Pomerantz LLP*. MOTION to Appoint Philip J. Limbacher to serve as lead plaintiff(s) .. Document filed by Philip J Limbacher. (Attachments: # 1 Exhibit A Press Release, # 2 Exhibit B Certification, # 3 Exhibit C Loss Chart, # 4 Exhibit D Firm Resume)(Lieberman, Jeremy) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 14 | MOTION to Appoint Employees' Pension Plan Of The City Of Clearwater to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Employees Pension Plan Of The City Of Clearwater.(Trinko, Curtis) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 15 | MEMORANDUM OF LAW in Support re: 14 MOTION to Appoint Employees' Pension Plan Of The City Of Clearwater to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Employees Pension Plan Of The City Of Clearwater. (Attachments: # 1 Text of Proposed Order)(Trinko, Curtis) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 16 | DECLARATION of Joseph E. White, III, Esq. in Support re: 14 MOTION to Appoint Employees' Pension Plan Of The City Of Clearwater to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Employees Pension Plan Of The City Of Clearwater. (Attachments: # 1 Exhibit A – Press Release, # 2 Exhibit B – Certification, # 3 Exhibit C – Loss Chart, # 4 Exhibit D – Saxena White Firm Resume, # 5 Exhibit E – Trinko Firm Resume)(Trinko, Curtis) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 17 | MOTION to Appoint Plumbers and Pipefitters National Pension Fund to serve as lead plaintiff(s) . Document filed by Plumbers and Pipefitters National Pension Fund. (Attachments: # 1 Text of Proposed Order Exhibit 1)(Rosenfeld, David) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 18 | MEMORANDUM OF LAW in Support re: 17 MOTION to Appoint Plumbers and Pipefitters National Pension Fund to serve as lead plaintiff(s) . . Document filed by Plumbers and Pipefitters National Pension Fund. (Rosenfeld, David) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 19 | DECLARATION of David A. Rosenfeld in Support re: 17 MOTION to Appoint Plumbers and Pipefitters National Pension Fund to serve as lead plaintiff(s) .. Document filed by Plumbers and Pipefitters National Pension Fund. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Rosenfeld, David) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 20 | MOTION to Appoint Cambridge Retirement System and Oakland County Employees' Retirement System to serve as lead plaintiff(s) . Document filed by Cambridge Retirement System, Oakland County Employees' Retirement System.(Silk, Gerald) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 21 | MEMORANDUM OF LAW in Support re: 20 MOTION to Appoint Cambridge Retirement System and Oakland County Employees' Retirement System to serve as lead plaintiff(s) . . Document filed by Cambridge Retirement System, Oakland County Employees' Retirement System. (Silk, Gerald) (Entered: 11/10/2015) |

| | | |
|---|---|---|
| 11/10/2015 | Ï 22 | DECLARATION of Gerald H. Silk in Support re: 20 MOTION to Appoint Cambridge Retirement System and Oakland County Employees' Retirement System to serve as lead plaintiff(s) .. Document filed by Cambridge Retirement System, Oakland County Employees' Retirement System. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Silk, Gerald) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 23 | MOTION to Appoint Counsel *Glancy Prongay &Murray LLP*., MOTION to Appoint Hui Qian to serve as lead plaintiff(s) . Document filed by Hui Qian. (Attachments: # 1 Text of Proposed Order)(Portnoy, Lesley) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 24 | MEMORANDUM OF LAW in Support re: 23 MOTION to Appoint Counsel *Glancy Prongay &Murray LLP*. MOTION to Appoint Hui Qian to serve as lead plaintiff(s) . . Document filed by Hui Qian. (Portnoy, Lesley) (Entered: 11/10/2015) |
| 11/10/2015 | Ï 25 | DECLARATION of Lesley F. Portnoy in Support re: 23 MOTION to Appoint Counsel *Glancy Prongay &Murray LLP*. MOTION to Appoint Hui Qian to serve as lead plaintiff(s) .. Document filed by Hui Qian. (Attachments: # 1 Exhibit A – Press Release, # 2 Exhibit B – Movant Certification, # 3 Exhibit C – Loss Chart, # 4 Exhibit D – Firm Resume)(Portnoy, Lesley) (Entered: 11/10/2015) |
| 11/16/2015 | Ï 26 | STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT: IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows: 1. Defendants will accept service of the Complaint through electronic service on their undersigned counsel. 2. Defendants shall have no obligation to answer, move, or otherwise respond to the Complaint until further order of the Court. 3. After the appointment of Lead Plaintiff and Lead Counsel, Defendants shall meet and confer with Lead Plaintiff to determine and present to the Court a schedule for the filing of an amended consolidated complaint and Defendants' responses thereto, subject to approval by the Court. 4. Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, motions, or objections that a party may have or make with respect to jurisdiction, venue and/or the claims set forth in this action. The parties respectfully request that the Court enter an Order approving this Stipulation. (Signed by Judge Victor Marrero on 11/16/2015) (lmb) (Entered: 11/16/2015) |
| 11/18/2015 | Ï 27 | ENDORSED LETTER addressed to Judge Victor Marrero from Harry A. Olivar, Jr., Jason D. Russell, Joshua G. Hamilton, and Stuart Kagen dated 11/4/2015 re: Defendants respectfully request a pre−motion conference so that they may move to transfer this consolidated action to the United Stated District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a). ENDORSEMENT: The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by defendants. The Court shall deem this letter as a motion for transfer. (Signed by Judge Victor Marrero on 11/16/2015) (lmb) (Entered: 11/18/2015) |
| 11/18/2015 | Ï 28 | ORDER: Accordingly, it is hereby ORDERED that the Clerk of Court is directed to transfer this case to the Northern District of California. (As further set forth in this Order) (Signed by Judge Victor Marrero on 11/18/2015) (lmb) (Entered: 11/18/2015) |
| 11/18/2015 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – Northern District of California. (lmb) (Entered: 11/25/2015) |
| 11/20/2015 | Ï 29 | NOTICE of Withdrawal re: 20 MOTION to Appoint Cambridge Retirement System and Oakland County Employees' Retirement System to serve as lead plaintiff(s) .. Document filed by Cambridge Retirement System, Oakland County Employees' Retirement System. (Silk, Gerald) (Entered: 11/20/2015) |