UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUNA,<br><br>   Plaintiff,<br><br> v.<br><br>MARVELL TECHNOLOGY GROUP LTD, et al.,<br><br>   Defendants. | Case No.  15-cv-05447-JST<br><br>**ORDER ADVANCING CASE MANAGEMENT CONFERENCE** |

On November 27, 2015, the Court issued an order setting a Case Management Conference for March 2, 2016 in this newly-transferred case.  ECF No. 31.  A review of the docket, however, shows that the case has been pending since September 11, 2015, ECF No. 1, and that the parties are or should be in discussions regarding a schedule for determining who will serve as Lead Plaintiff and who will serve as Lead Counsel, ECF No. 27.

There is no reason to wait until March 2016 to set a schedule.  Accordingly, on the Court's own motion, the Case Management Conference currently scheduled for March 2, 2016 is ADVANCED to January 13, 2016.  A Joint Case Management Statement is due by January 6, 2016.

 IT IS SO ORDERED.

Dated:  December 1, 2015

                 _____
                     JON S. TIGAR
                  United States District Judge