UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARATOGA ADVANTAGE TRUST TECHNOLOGY & COMMUNICATIONS PORTFOLIO,<br><br>Plaintiff,<br><br>v.<br><br>MARVELL TECHNOLOGY GROUP, LTD., SEHAT SUTARDJA, WEILI DAI, JUERGEN GROMER, JOHN G. KASSAKIAN, ARTURO KRUEGER, RANDHIR THAKUR, MICHAEL RASHKIN, SUKHI NAGESH, and DOES 1-50,<br><br>Defendants. | Case No. 5:15-cv-04881-RMW<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT MARVELL TECHNOLOGY GROUP, LTD.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

[Additional caption on the next page]

| | | |
|---|---|---|
| 1 | DANIEL LUNA, | [Proposed Related] Case No. 3:15-cv-05447-JST |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | PHILIP LIMBACHER, and JIM FARNO, | |
| 5 | Consolidated Plaintiffs, | |
| 6 | v. | |
| 7 | MARVELL TECHNOLOGY GROUP, LTD., et al., | |
| 8 | Defendants. | |

Having reviewed the Administrative Motion to Consider Whether Cases Should Be Related filed by Defendant Marvell Technology Group, Ltd., and good cause appearing,

IT IS HEREBY ORDERED that the case *Saratoga Advantage Trust Technology & Communications Portfolio v. Marvell Technology Group, Ltd., et al.*, No. 5:15-cv-04881-RMW, is deemed related to the cases consolidated under the caption *Luna, et al., v. Marvell Technology Group, Ltd., et al.*, No. 3:15-cv-05447-JST, pursuant to Civil Local Rule 3-12. *Luna, et al., v. Marvell Technology Group, Ltd., et al.*, No. 3:15-cv-05447-JST, and consolidated cases shall therefore be reassigned to the Hon. Ronald M. Whyte for all purposes.

Pursuant to Civil Local Rule 3-12(f), the Clerk of the Court is directed to notify the parties and affected judge once the above-mentioned case is formally reassigned to the Hon. Ronald M. Whyte.

IT IS SO ORDERED.

DATED: __12/21__, 2015        _/s/ Ronald M. Whyte_
THE HONORABLE RONALD M. WHYTE
United States Senior District Judge

-1-
Case No. 5:15-cv-04881-RMW
[PROPOSED] ORDER DEEMING CASES RELATED