UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL LUNA,<br><br>        Plaintiff,<br><br>  v.<br><br>PHILIP LIMBACHER, and JIM FARNO,<br><br>        Consolidated Plaintiffs,<br><br>  v.<br><br>MARVELL TECHNOLOGY GROUP LTD, et al.,<br><br>        Defendants. | Case No. 15-cv-05447-RMW<br><br>**ORDER RE SCHEDULING AND CASE MANAGEMENT DATES**<br><br>Re: Dkt. No. 48 |

The parties have submitted a proposed stipulation setting scheduling dates and case management conference dates. The court finds the proposed dates too far in the future and, therefor, has not accepted the proposal. The court would sign a stipulation that sets a case management schedule ending with a date in June or July 2016.

Dated: January 7, 2016

*Ronald M. Whyte*
_____
Ronald M. Whyte
United States District Judge

1
15-cv-05447-RMW
ORDER RE SCHEDULING AND CASE MANAGEMENT DATES