1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

14  DANIEL LUNA,

15             Plaintiff,

16       and

17  PHILIP LIMBACHER, and JIM FARNO,

18             Consolidated Plaintiffs,

19       v.

20  MARVELL TECHNOLOGY GROUP, LTD.,
    et al.,
21
22             Defendants.

Case No. 5:15-cv-05447-RMW

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING DATES FOR FILING OF A CONSOLIDATED COMPLAINT AND RESPONSES THERETO**

23
24
25
26
27
28

1   Having reviewed the Stipulation Continuing Initial Case Management Conference and
2   Setting Dates for Filing of a Consolidated Complaint and Responses Thereto, and good cause
3   appearing,

4   IT IS HEREBY ORDERED that, after the Lead Plaintiff is appointed by the Court, Lead
5   Plaintiff shall file and serve a consolidated complaint by March 18, 2016.  Defendants shall
6   answer, move, or otherwise respond to the consolidated complaint by April 29, 2016.  If
7   Defendants file motions to dismiss the consolidated complaint, Lead Plaintiff's opposition or
8   oppositions shall be due by June 10, 2016 and Defendants' replies shall be due by July 15, 2016.
9   Any hearing on Defendants' motions to dismiss shall be noticed for no earlier than July 29, 2016.
10  The initial Case Management Conference currently set for January 22, 2016 (ECF No. 43) is
11  continued until August 19, 2016 at 10:30 a.m.

13  IT IS SO ORDERED.

15  DATED: 1/14/2016

*Ronald M. Whyte*
**T**HE HONORABLE RONALD M. WHYTE
United States Senior District Judge