ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
NADIM G. HEGAZI (264841)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
nhegazi@rgrdlaw.com
        – and –
SCOTT H. SAHAM (188355)
MATTHEW I. ALPERT (238024)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
malpert@rgrdlaw.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIEL LUNA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 5:15-cv-05447-RMW |
|---|---|---|
| Plaintiff, | ) ) | **(Consolidated)** |
| vs. | ) ) | CLASS ACTION |
| MARVELL TECHNOLOGY GROUP, LTD., et al., | ) ) ) | LEAD PLAINTIFF'S NOTICE OF: (1) AMENDMENT OF OPINION; AND (2) RECENT SEC FILING |
| Defendants. | ) ) | DATE:      July 29, 2016 |
| | ) ) | TIME:      9:00 a.m. |
| | ) ) | CTRM:     6, 4th Floor |
| | ) | JUDGE:    Hon. Ronald M. Whyte |

1167177_2

On pages 19-20 of its reply brief (Dkt. No. 84), defendant Marvell Technology Group, Ltd. ("Marvell") asserts that Lead Plaintiff failed to respond to its assertions regarding *Loos v. Immersion Corp.*, 762 F.3d 880, 889 (9th Cir. 2014).  Marvell cites *Loos* and asserts that "mere announcement of an investigation is not enough to establish loss causation."  *Id.*  Marvell, however, failed to cite the subsequent Amended Opinion in *Loos* dated September 11, 2014, wherein the Ninth Circuit clarified that "we merely hold that the announcement of an investigation '***standing alone and without any subsequent disclosure of actual wrongdoing***, does not reveal to the market the pertinent truth of anything, and therefore does not qualify as a corrective disclosure.'"  *Loos v. Immersion Corp.*, No. 12-15100, 2014 U.S. App. LEXIS 17813, at \*23 n.3 (9th Cir. Sept. 11, 2014) (emphasis added and citation omitted), attached hereto as Ex. 1.

Here, of course, Marvell did make a "subsequent disclosure of actual wrongdoing" in the form of a March 1, 2016 SEC filing summarizing the findings of the Audit Committee investigation including the existence of:  (1) the extension of payment terms; (2) premature revenue recognition from certain pull in transactions; (3) significant pressure from senior management on finance personnel to meet revenue targets; (4) tone at the top issues; and (5) the lack of a well-structured process to establish significant judgmental reserves associated with litigation and royalties.  This subsequent disclosure is detailed at length at ¶¶142-152 of the Complaint.

Marvell yet again disclosed the existence of actual pull-in transactions *yesterday* in a long overdue SEC filing which again confirmed that during the Class Period:

> From time to time, our customers agreed to take shipments in an earlier fiscal quarter than the fiscal quarter they originally requested delivery.  When such agreement would not have occurred but for the request by Marvell, we refer to such transactions internally as "pull-ins."

*See* Marvell's July 19, 2016 SEC Report on Form 8-K at 13, attached hereto as Ex. 2.  According to Marvell, pull-in sales accounted for "approximately ***9 percent and 11 percent of net revenue in the first and second quarters of fiscal 2016***."  *Id*. (emphasis added).  The Company further confirmed that existing Company "policy is ***not*** to engage in pull-in transactions and we therefore do not expect them to have any meaningful impact on net revenue in future periods."  *Id*. (emphasis added).

Thus, Marvell's citation to *Loos* without referencing the amended Ninth Circuit decision is not only incomplete but wholly inapplicable to the case at bar. *See also Lloyd v. CVB Fin. Corp.*, 811 F.3d 1200, 1210 (9th Cir. 2016) ("an investigation 'can form the basis for a viable loss causation theory' if the complaint also alleges a subsequent corrective disclosure by the defendant . . . . Indeed, any other rule would allow a defendant to escape liability by first announcing a government investigation and then waiting until the market reacted before revealing that prior representations under investigation were false.") (citation omitted).

DATED:  July 20, 2016                                    Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SCOTT H. SAHAM
MATTHEW I. ALPERT


                                            s/ Scott H. Saham
                                          SCOTT H. SAHAM

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
NADIM G. HEGAZI
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone:  202/362-0041
202/362-2640 (fax)

Additional Counsel for Plaintiff

NOTICE OF AMENDMENT OF OPINION CITED BY DEFENDANT MARVELL TECHNOLOGY
GROUP, LTD. IN ITS REPLY - 5:15-cv-05447-RMW                                    - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 20, 2016.

                     s/ Scott H. Saham
                     SCOTT H. SAHAM

ROBBINS GELLER RUDMAN
         & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  scotts@rgrdlaw.com

1167177_2

## Mailing Information for a Case 5:15-cv-05447-RMW Luna et al v. Marvell Technology Group, Ltd. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,FileRoomSD@rgrdlaw.com

- **Ian Edward Browning**
  ian@altolit.com

- **Daniel Scott Carlton**
  scottcarlton@paulhastings.com,lindayoung@paulhastings.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Joshua Garrett Hamilton**
  joshuahamilton@paulhastings.com,melmanahan@paulhastings.com

- **Nadim Gamal Hegazi**
  nhegazi@rgrdlaw.com,smorris@rgrdlaw.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com

- **Avi Josefson**
  avi@blbglaw.com

- **Bryan Jacob Ketroser**
  bryan@altolit.com

- **Jason Frank Lake**
  jasonlake@quinnemanuel.com,valerieroddy@quinneemanuel.com,harryolivar@quinnemanuel.com,calendar@quinnemanuel.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com

- **Harry Arthur Olivar , Jr**
  harryolivar@quinnemanuel.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Lesley Frank Portnoy**
  lportnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Valerie Suzanne Roddy**
  valerieroddy@quinnemanuel.com,calendar@quinnemanuel.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com

- **Jason David Russell**
  jrussell@skadden.com,nandi.berglund@skadden.com,ljohnsto@skadden.com,jon.powell@skadden.com

- **Casey Edwards Sadler**
  csadler@glancylaw.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,hectorm@rgrdlaw.com

- **Bahram Seyedin-Noor**
  bahram@altolit.com,gabriel@altolit.com,mark@altolit.com

- **Gerald H. Silk**
  jerry@blbglaw.com

- **Curtis Victor Trinko**
  ctrinko@gmail.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Patrick            V. Dahlstrom
Pomerantz LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
```