IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUNA, | |
| Plaintiff, | No. C 15-05447 WHA |
| v. | |
| MARVELL TECHNOLOGY GROUP, *et al.*, | **CASE MANAGEMENT SCHEDULING ORDER** |
| Defendants. | |

As stated at the hearing, trial is hereby scheduled for **MARCH 5, 2018**. A further case management conference will occur in conjunction with the hearing on the forthcoming motions to dismiss.

**IT IS SO ORDERED.**

Dated: January 17, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE