UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUNA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MARVELL TECHNOLOGY GROUP, LTD., et al.,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-05447-WHA<br><br>**[PROPOSED] ORDER GRANTING D. SCOTT CARLTON'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHAEL RASHKIN**<br><br>Before the Hon. William Alsup<br><br>Trial Date:  March 5, 2018 |

1  Pending before the Court is D. Scott Carlton's Motion to Withdraw as Counsel for
2  Defendant Michael Rashkin.  As this Court finds that Mr. Carlton has submitted satisfactory
3  reasoning for withdrawal, and that the granting of his Motion will not cause substantial prejudice
4  or delay to any party, the Court rules as follows:

6  Good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**
7   1. D. Scott Carlton's Motion to Withdraw as Counsel for Defendant Michael Rashkin
8      is **GRANTED**;
9   2. D. Scott Carlton is hereby terminated as counsel in this proceeding; and
10  3. D. Scott Carlton will be removed from the Court's CM/ECF service list for this
11     case.

Dated: March 6, 2017.    By: _____
                              The Honorable William Alsup
                              United States Senior District Court Judge

CASE NO. 5:15-cv-05447-WHA         - 1 -         [PROPOSED] ORDER GRANTING
                                                 D. SCOTT CARLTON'S MOTION
                                                 TO WITHDRAW AS COUNSEL