1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11

DANIEL LUNA, individually and on behalf
of all others similarly situated,

Plaintiff,

v.

MARVELL TECHNOLOGY GROUP,
LTD., et al.,

Defendants.

12
13
14
15
16

No. C 15-05447 WHA

**ORDER DENYING
ENLARGED BRIEFING
SCHEDULE AND PAGE
LIMITS FOR MOTION TO
CERTIFY CLASS**

17

On June 1, an amended case management order stated that the plaintiffs were to file

18

their class certification motion by October 12, 2017 to be heard on a 49-day track (Dkt. No.

19

147). The parties have now stipulated to an enlarged briefing schedule for the motion to certify

20

a class, and enlarged page limits for the opposition and reply to that motion. The enlarged

21

briefing schedule and page limits are **DENIED**. The parties shall brief the motion for class

22

certification on the 49-day track set by the June 1 order.

23
24

**IT IS SO ORDERED.**

25
26

Dated: August 3, 2017.

27
28

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE