UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL LUNA, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>MARVELL TECHNOLOGY GROUP, LTD., et al.,<br><br>                Defendants. | Case No. 3:15-cv-05447-WHA (Consolidated)<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT AND UNOPPOSED ADMINISTRATIVE MOTION FOR BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION TO ACCOMMODATE WITNESS AVAILABILITY FOR DEPOSITIONS |

Having considered the parties' Joint and Unopposed Administrative Motion for Briefing Schedule for Plaintiff's Motion for Class Certification to Accommodate Witness Availability for Depositions, and the declaration of Valerie Roddy in support thereof, and good cause appearing therefor, the Court hereby GRANTS the parties' motion as follows:

1. Defendants shall have until September 7, 2017 to file any opposition to Plaintiff's Motion for Class Certification (ECF No. 160).

2. Plaintiff shall have until September 14, 2017 to file any reply in support of its Motion for Class Certification (ECF No. 160).

3. Plaintiff may notice its Motion for Class Certification (ECF No. 160) for hearing on October 12, 2017 or as soon thereafter as it may be heard.

IT IS SO ORDERED.

DATED: August  7 , 2017

_____
HON. WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT COURT JUDGE