IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL LUNA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MARVELL TECHNOLOGY GROUP, LTD., et al.,

    Defendants.

No. C 15-05447 WHA

**ORDER RE PRIVILEGE LOG STIPULATION**

By **NOON TODAY**, defendants shall advise the Court whether lead plaintiff's representation that the parties agreed that defendants would not provide a privilege log as required by paragraph 18 of the Court's Standing Order is accurate (*see* Dkt. No. 176-4 at 10).

**IT IS SO ORDERED.**

Dated: September 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE