IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL LUNA, individually and on behalf of all others similarly situated,

  Plaintiff,

  v.

MARVELL TECHNOLOGY GROUP, LTD., *et al.*,

  Defendants.

No. C 15-05447 WHA

**ORDER RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

For the reasons set forth on the record, defendants are ordered to produce interview memoranda and KPMG work papers that were created in connection with Marvell's audit committee's investigation and Marvell's presentation to the SEC regarding Marvell's accounting practices during the fourth quarter of fiscal year 2015, and the first and second quarters of fiscal year 2016. Marvell waived any work-product or attorney-client privilege over those documents by presenting its findings to the SEC, and publishing the conclusions of its audit committee's investigation in a press release.

**IT IS SO ORDERED.**

Dated: September 22, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE