IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL LUNA, individually and on behalf
of all others similarly situated,

    Plaintiff,

  v.

MARVELL TECHNOLOGY GROUP, LTD.,
and SEHAT SUTARDJA,

    Defendants.

No. C 15-05447 WHA

**ORDER CONDITIONALLY APPROVING CLASS NOTICE**

The proposed class notice is **APPROVED** subject to the following revisions:

- On page one, fix the alignment of the header and delete the tabbed space between the words "common" and "stock."

- On page three under number five, delete the sentences "You may not have the further opportunity to seek exclusion from the Class at the time of any settlement. In other words, this may be your only change to opt out of the lawsuit." Replace with the sentences "If there is a settlement in this lawsuit, you will have another opportunity to opt out of the Class at that time. Opting out of a settlement may preserve your right to bring an individual lawsuit unless your claims are time-barred by the applicable statutes of limitation or repose. You may want to consult an attorney before opting out of any settlement."

- On page five, add the words "on the 16th floor" after the words "Office of the Clerk of Court."

Although the Court has thoroughly reviewed the proposed notice to identify typographical and formatting errors, the parties must proofread the next version carefully, particularly since the edits above could introduce new errors.

The parties' stipulated procedures for dissemination of class notice, and their selection of the firm of Gilardi & Co. LLC as notice administrator are **APPROVED**. As set forth in the appended stipulation, the notice shall be distributed by no later than **MONDAY, DECEMBER 4** via first class mail. Any request to be excluded from the class shall be addressed to Luna v. Marvell Technology Group, Ltd. c/o Gilardi & Co. LLC, PO Box 8040, San Rafael, CA 94912-8040, postmarked by no later than **JANUARY 18, 2018**.

**IT IS SO ORDERED.**

Dated: November 17, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE