IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL LUNA, individually and on behalf of all others similarly situated

Plaintiff,

v.

MARVELL TECHNOLOGY GROUP, *et al.*,

Defendants.

No. C 15-05447 WHA

**ORDER RE MOTION TO SEAL**

Lead plaintiff Plumbers and Pipefitters National Pension moves to file portions of their motion to compel and accompanying exhibits under seal (Dkt. No. 168). Defendants submitted a timely declaration in support of this motion (Dkt. No. 172).

The exhibits, and the accompanying motions are submitted in connection with a discovery motion only tangentially connected to the merits, and fall within the protective order entered by this Court. Accordingly, for good cause shown, the motion to seal is **GRANTED**.

Dated: December 9, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE