# EXHIBIT A

2004 To The Present
Cases In Which Award Of Fees Equalled Or Exceeded
25% Of The Fund Plus Expenses (Settlements in Excess of $50 Million)

1. *In re Skelaxin (Metaxalone) Antitrust Litigation*, No. 1:12-md-02343 (E.D. Tenn. June 30, 2014) (awarded fees of 33-1/3% of $73 million recovery, plus expenses);

2. *Landmen Partners Inc. v. Blackstone Group*, No. 08-cv-03601-HB-FM (S.D.N.Y. Dec. 18, 2013) (awarded fees of 33-1/3% of $85 million recovery, plus expenses);

3. *Dahl v. Bain Capital Partners, LLC*, No. 1:07-cv-12388-WGY (D. Mass. Feb. 2, 2015) (awarded 33% of $590.5 million recovery, plus expenses);

4. *Schuh v. HCA Holdings, Inc.*, No. 3:11-cv-01033 (M.D. Tenn. Apr. 14, 2016) (awarded 30% of $215 million recovery, plus expenses);

5. *Local 703, I.B. of T. Grocery & Food Emps. Welfare Fund v. Regions Fin. Corp.*, No. 2:10-cv-02847-KOB (N.D. Ala. Sept. 14, 2015) (awarded 30% of $90 million recovery, plus expenses);

6. *City of Sterling Heights Gen. Emps.' Ret. Sys. v. Hospira, Inc.*, No. 1:11-cv-08332-AJS (N.D. Ill. Aug. 5, 2014) (awarded fees of 30% of $60 million recovery, plus expenses);

7. *In re St. Jude Med., Inc. Sec. Litig.*, No. 0:10-cv-00851-SRN-TNL (D. Minn. June 12, 2015) (awarded 29% of $50 million recovery, plus expenses);

8. *Garden City Emps.' Ret. Sys. & Cent. States, Southeast and Southwest Areas Pension Fund v. Psychiatric Solutions, Inc.*, No. 3:09-cv-00882-WJH (M.D. Tenn. Jan. 16, 2015) (awarded fees of 29% of $65 million recovery, plus expenses);

9. *In re Intercept Pharmaceuticals, Inc. Sec. Litig.*, No. 1:14-cv-01123-NRB (S.D.N.Y. Sept. 8, 2016) (awarded 28.63% of $55 million recovery, plus expenses);

10. *Alaska Elec. Pension Fund v. Pharmacia Corp.*, No. 03-1519(AET) (D.N.J. Jan. 30, 2013) (awarded fees of 27.5% of $164 million recovery, plus expenses);

11. *Silverman v. Motorola, Inc.*, No. 07 C 4507 (N.D. Ill. May 7, 2012) (awarded fees of 27.5% of $200 million recovery, plus expenses);

12. *Cornwell v. Credit Suisse Group*, No. 08-cv-03758(VM) (S.D.N.Y. July 20, 2011) (awarded fees of 27.5% of $70 million recovery, plus expenses);

13. *In re Amgen Sec. Litig.*, No. CV-7-2536 PSG (PLAx) (C.D. Cal. Oct. 25, 2016) (awarded fees of 25% of $95 million recovery, plus expenses);

14. *In re CIT Grp. Inc. Sec. Litig.*, No. 1:08-cv-06613-BSJ-THK (S.D.N.Y. June 13, 2012 (awarded 26.5% of $75 million recovery, plus expenses);

15. *In re MGM Mirage Sec. Litig.*, No. 2:09-cv-01558-GMN-VCF (D. Nev. Mar. 1, 2016) (awarded 25% of $75 million recovery, plus expenses);

16. *Ryan v. Flowserve Corp.*, No. 3:03-CV-01769-B (N.D. Tex. May 11, 2010) (awarded 25% of $55 million recovery, plus expenses).