ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JASON C. DAVIS (253370)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com
       – and –
ELLEN GUSIKOFF STEWART (144892)
JONAH H. GOLDSTEIN (193777)
SCOTT H. SAHAM (188355)
MATTHEW I. ALPERT (238024)
CARISSA J. DOLAN (303887)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
jonahg@rgrdlaw.com
scotts@rgrdlaw.com
malpert@rgrdlaw.com
cdolan@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL LUNA, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>MARVELL TECHNOLOGY GROUP, LTD., et al.,<br><br>                  Defendants. | Case No. 3:15-cv-05447-WHA<br><br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF SCOTT H. SAHAM FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES<br><br>DATE:    April 17, 2018<br>TIME:    9:00 a.m.<br>CTRM:  12, 19th Floor<br>JUDGE:  Hon. William Alsup |

1363405_1

I, SCOTT H. SAHAM, declare as follows:

1. I am a member of the firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller" or the "Firm"). I am submitting this declaration in support of my Firm's application for an award of attorneys' fees, expenses and charges ("expenses") in connection with services rendered in the above-entitled action (the "Litigation").

2. This Firm is counsel of record for Lead Plaintiff Plumbers and Pipefitters National Pension Fund and the Class.

3. The information in this declaration regarding the Firm's time and expenses is taken from time and expense printouts and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I am the partner who oversaw and/or conducted the day-to-day activities in the Litigation and I reviewed these printouts (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the printouts as well as the necessity for, and reasonableness of, the time and expenses committed to the Litigation. As a result of this review, reductions were made to both time and expenses in the exercise of billing judgment. Based on this review and the adjustments made, I believe that the time reflected in the Firm's lodestar calculation and the expenses for which payment is sought herein are reasonable and were necessary for the effective and efficient prosecution and resolution of the Litigation. In addition, I believe that these expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

4. After the reductions referred to above, the number of hours spent on the Litigation by the Firm is 13,442.10. A breakdown of the lodestar is provided in the attached Exhibit A. The lodestar amount for attorney/paraprofessional time based on the Firm's current rates is $6,801,240.50. The hourly rates shown in Exhibit A are the usual and customary rates set by the Firm for each individual.

1363405_1

DECLARATION OF SCOTT H. SAHAM FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES - 3:15-cv-05447-WHA - 1 -

5. Attached as Exhibit B is a task-based summary of the work performed and the lodestar incurred by each attorney and professional staff member who performed services in this Litigation.

6. The Firm seeks an award of $496,656.65 in expenses and charges in connection with the prosecution of the Litigation. Those expenses and charges are summarized by category in the attached Exhibit C.

7. The following is additional information regarding certain of these expenses:

(a) Filing, Witness and Other Fees: $5,433.35. These expenses have been paid to the Court for filing fees, to witnesses for trial and deposition witness fees, and to attorney service firms or individuals who either: (i) served process of the complaint or subpoenas; (ii) obtained copies of court documents; or (iii) delivered courtesy copies to the Court. The vendors who were paid for these services are set forth in the attached Exhibit D.

(b) Class Action Notices: $15,575.66. These charges include the cost of publishing the "early notice" required by the Private Securities Litigation Reform Act of 1995, as well as a portion of the expenses for printing and mailing the Notice of Pendency of Class Action to Class Members and publishing a summary notice pursuant to the Court's Order of November 17, 2017.

(c) Transportation, Hotels & Meals: $63,765.23. In connection with the prosecution of this case, the Firm has paid for travel expenses to, among other things, attend court hearings, meet with witnesses, and take or defend depositions. The date, destination and purpose of each trip is set forth in the attached Exhibit E.

(d) Court Hearing Transcripts, Deposition Reporting, Deposition Transcripts, Deposition Videography, and Deposition Conference Room Rentals: $49,588.03. The vendors who were paid for hearing and deposition transcripts are listed in the attached Exhibit F.

(e) Experts/Investigators: $291,008.19.

(i) Crowninshield Financial Research, Inc. ("Crowninshield"): $182,737.00. Professor Steven P. Feinstein is an Associate Professor of Finance at Babson College

1363405_1

DECLARATION OF SCOTT H. SAHAM FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES - 3:15-cv-05447-WHA - 2 -

and the president of Crowninshield, a financial economics consulting firm. Lead Counsel retained Professor Feinstein to assist Lead Plaintiff in determining what potential corrective disclosures caused a statistically significant decline in the market price of Marvell Technology Group, Ltd. ("Marvell") common stock and to create an event study. Based upon Professor Feinstein's analysis, Lead Counsel identified potential corrective disclosures that established market efficiency and could be utilized to prove loss causation, an element which Lead Plaintiff would be required to prove at trial. Subsequent to this Court's October 27, 2017 Order granting Lead Plaintiff's motion for class certification but shortening the Class Period by one fiscal quarter, Lead Plaintiff further consulted with Professor Feinstein to prepare a report and testify regarding materiality, loss causation and damages.

(ii) Hemming Morse, LLP ("Hemming Morse"): $56,262.49. Paul Regan, a partner at Hemming Morse, is a CPA with over 40 years' experience in the accounting field, and is the chairperson of Hemming Morse, a firm providing forensic accounting and financial consulting services. Lead Counsel retained Paul Regan, a well-respected forensic accountant, to testify regarding the pull-ins' impact on the company's financial statements, compliance with Generally Accepted Accounting Principles ("GAAP") and U.S. Securities and Exchange Commission ("SEC") disclosure rules as well as accounting materiality under SAB 99. Lead Counsel worked with Mr. Regan and his team for the purpose of preparing a report regarding the relevant accounting issues described above, including whether or not the pull-in transactions at Marvell violated GAAP and/or SEC disclosure rules as well as the accounting materiality of these transactions.

(iii) L.R. Hodges & Associates, Ltd. ("LRH&A"): $52,008.70. Over a nine-month period (December 2015, January through March, October and November 2016, and May through July 2017) in which LRH&A provided investigative services to Lead Counsel, LRH&A expended 251.1 hours for combined fees of $46,327.50, and incurred related expenses of $5,681.20 for a total of $52,008.70. LRH&A's research staff expended 112.4 hours to research, identify, and confirm the employment status of prospective witnesses, locating all key targets, as well as maintaining and updating an evolving witness list to support other investigative team members. This

1363405_1

DECLARATION OF SCOTT H. SAHAM FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES - 3:15-cv-05447-WHA - 3 -

also involved research, retrieval and analysis of relevant documents, including SEC filings, media articles, court filings, as well as other materials related to the case issues. The case manager and interviewing investigators expended a combined 138.7 hours to research, review and analyze materials in preparation for the investigation; contacting and conducting interviews with targeted third-party witnesses; and thereafter, prepare comprehensive interview summaries and other case reports. In addition, these individuals were involved in analyzing key case issues, as well as establishing and executing the joint litigation-investigation team plan, and participating in strategy sessions and investigation briefings with Lead Counsel.

(f) Photocopies: $6,062.45. In connection with this case, the Firm made 26,224 black and white copies. Robbins Geller requests $0.15 per copy for a total of $3,933.60. In addition, the Firm made 3,290 color copies. Robbins Geller requests $0.50 per copy for a total of $1,645.00. Each time an in-house copy machine is used, our billing system requires that a case or administrative billing code be entered and that is how the number of in-house copies were identified as related to the Litigation. The Firm also paid $483.85 to outside copy vendors. A breakdown of these outside charges by date and vendor is set forth in the attached Exhibit G.

(g) Online Legal and Financial Research: $62,896.26. These included vendors such as LexisNexis, PACER, Thomson Financial, Transunion Acquisition Corp. and Westlaw. These databases were used to obtain access to SEC filings, factual databases, legal research and for cite-checking of briefs. This expense represents the expenses incurred by Robbins Geller for use of these services in connection with this Litigation. The charges for these vendors vary depending upon the type of services requested. For example, Robbins Geller has flat-rate contracts with some of these providers for use of their services. When Robbins Geller utilizes online services provided by a vendor with a flat-rate contract, access to the service is by a billing code entered for the specific case being litigated. At the end of each billing period in which such service is used, Robbins Geller's costs for such services are allocated to specific cases based on the percentage of use in connection with that specific case in the billing period. As a result of the contracts negotiated by Robbins Geller with certain providers, the Class enjoys substantial savings in comparison with the

1363405_1

DECLARATION OF SCOTT H. SAHAM FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES - 3:15-cv-05447-WHA - 4 -

"market-rate" for *a la carte* use of such services which some law firms pass on to their clients. For example, the "market rate" charged to others by LexisNexis for the types of services used by Robbins Geller is more expensive than the rates negotiated by Robbins Geller.

8. The expenses pertaining to this case are reflected in the books and records of this Firm. These books and records are prepared from receipts, expense vouchers, check records and other documents and are an accurate record of the expenses.

9. The identification and background of my Firm and its partners is attached hereto as Exhibit H.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of February, 2018, at San Diego, California.

_____
SCOTT H. SAHAM

DECLARATION OF SCOTT H. SAHAM FILED ON BEHALF OF ROBBINS GELLER RUDMAN & DOWD LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES - 3:15-cv-05447-WHA - 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 27, 2018.

    s/ Scott H. Saham
SCOTT H. SAHAM

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ScottS@rgrdlaw.com

# Mailing Information for a Case 3:15-cv-05447-WHA Luna et al v. Marvell Technology Group, Ltd. et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,FileRoomSD@rgrdlaw.com

- **Ian Edward Browning**
  ian@altolit.com

- **Alyssa Janiece Clover**
  alyssa.clover@skadden.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Carissa Jasmine Dolan**
  cdolan@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Diane M. Doolittle**
  dianedoolittle@quinnemanuel.com,sandramorones@quinnemanuel.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Jonah Goldstein**
  jonahg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Alyssa L. Greenberg**
  alygreenberg@quinnemanuel.com

- **Ellen Anne Gusikoff-Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joshua Garrett Hamilton**
  joshua.hamilton@lw.com,shirin.behrooz@lw.com,sandra.sudduth@lw.com,kathryn.bowman@lw.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com

- **Avi Josefson**
  avi@blbglaw.com

- **Bryan Jacob Ketroser**
  bryan@altolit.com

- **Jason Frank Lake**
  jasonlake@quinnemanuel.com,valerieroddy@quinneemanuel.com,harryolivar@quinnemanuel.com,calendar@quinnemanuel.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com

- **Virginia Faye Milstead**
  virginia.milstead@skadden.com

- **James Hyeoun Ju Moon**
  james.moon@lw.com,james-moon-0323@ecf.pacerpro.com

- **Harry Arthur Olivar , Jr**
  harryolivar@quinnemanuel.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Lesley Frank Portnoy**
  lportnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,bmurray@glancylaw.com

- **Valerie Suzanne Roddy**
  valerieroddy@quinnemanuel.com,calendar@quinnemanuel.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com

- **Jason David Russell**
  jrussell@skadden.com,nandi.berglund@skadden.com,dlmlclac@skadden.com,nandi-berglund-4699@ecf.pacerpro.com,ljohnsto@skadden.com,jon.powell@skadden.com

- **Casey Edwards Sadler**
  csadler@glancylaw.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,hectorm@rgrdlaw.com

- **Bahram Seyedin-Noor**
  bahram@altolit.com,gabriel@altolit.com,mark@altolit.com,bryan@altolit.com

- **Gerald H. Silk**
  jerry@blbglaw.com

- **Ryan Christopher Stevens**
  ryanstevens@quinnemanuel.com

- **John P. Stigi , III**
  jstigi@sheppardmullin.com,mvanterpool@sheppardmullin.com

- **Curtis Victor Trinko**
  ctrinko@gmail.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`