# EXHIBIT A

# EXHIBIT A

*Daniel Luna v. Marvell Technology Group, Ltd., et al.*
**Robbins Geller Rudman & Dowd LLP**
**Inception through January 22, 2018**

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Alpert, Matthew | (P) | 857.10 | 685 | $ 587,113.50 |
| Burkholz, Spencer | (P) | 46.10 | 940 | 43,334.00 |
| Daley, Joseph | (P) | 19.25 | 780 | 15,015.00 |
| Davis, Jason | (P) | 799.25 | 715 | 571,463.75 |
| Goldstein, Jonah H. | (P) | 686.75 | 800 | 549,400.00 |
| Gusikoff Stewart, Ellen | (P) | 61.75 | 870 | 53,722.50 |
| Saham, Scott H. | (P) | 2,238.75 | 800 | 1,791,000.00 |
| Walton, David | (P) | 15.70 | 930 | 14,601.00 |
| Wilens, Douglas | (P) | 13.25 | 800 | 10,600.00 |
| Dolan, Carissa | (A) | 818.00 | 415 | 339,470.00 |
| Hegazi, Nadim | (A) | 281.50 | 515 | 144,972.50 |
| Lacomb, Timothy | (A) | 35.00 | 460 | 16,100.00 |
| Pfeffer-Gillett, Alexi | (A) | 271.50 | 380 | 103,170.00 |
| Tirabassi, Sabrina | (A) | 36.60 | 555 | 20,313.00 |
| Bays, Lea | (OC) | 25.00 | 510 | 12,750.00 |
| Lendzion, Lauren | (SA) | 801.00 | 360 | 288,360.00 |
| Matney, Andrew | (SA) | 872.00 | 360 | 313,920.00 |
| Mehta, Dharmi | (SA) | 185.25 | 360 | 66,690.00 |
| Rosing, Robert | (SA) | 946.75 | 360 | 340,830.00 |
| Sonney, Megan | (SA) | 940.50 | 360 | 338,580.00 |
| Vernon, Lindsay | (SA) | 492.25 | 360 | 177,210.00 |
| Koelbl, Terry | (FA) | 995.25 | 500 | 497,625.00 |
| Barhoum, Anthony | (EA) | 14.50 | 430 | 6,235.00 |
| Topp, Jennifer | (EA) | 28.70 | 335 | 9,614.50 |
| Uralets, Boris | (EA) | 9.40 | 415 | 3,901.00 |
| Villalovas, Frank | (EA) | 5.50 | 420 | 2,310.00 |
| Roelen, Scott | (RA) | 77.80 | 295 | 22,951.00 |
| Brandon, Kelley | (I) | 13.50 | 250 | 3,375.00 |
| Browning, Aaron | (LS) | 119.00 | 290 | 34,510.00 |
| Keita, C. Oumar | (LS) | 10.50 | 290 | 3,045.00 |
| Milliron, Christine | (LS) | 22.50 | 375 | 8,437.50 |
| Torres, Michael | (LS) | 12.00 | 375 | 4,500.00 |
| Ulloa, Sergio | (LS) | 71.00 | 290 | 20,590.00 |
| Kinnon, Christopher | (LC) | 43.50 | 175 | 7,612.50 |
| Paralegals | | 997.25 | 265-295 | 291,653.75 |
| Document Clerks | | 568.55 | 150 | 85,282.50 |

| NAME | HOURS | RATE | LODESTAR |
|---|---:|---|---:|
| Shareholder Relations | 9.90 | 95-100 | 982.50 |
| *TOTAL* | *13,442.10* | | *$ 6,801,240.50* |

(P) Partner
(A) Associate
(OC) Of Counsel
(SA) Staff Attorney
(FA) Forensic Accountant
(EA) Economic Analyst
(RA) Research Analyst
(I) Investigator
(LS) Litigation Support
(LC) Law Clerk