# EXHIBIT B

**EXHIBIT B**

**Firm Name: Robbins Geller Rudman & Dowd LLP**
Reporting Period: Inception through January 22, 2018

Categories:
(1) Factual Investigation            (6) Document Review
(2) Discovery                        (7) Legal Research
(3) Pleadings, Briefs & Pretrial Motions   (8) Client / Shareholder Communications
(4) Court Appearances                (9) Litigation Strategy & Analysis
(5) Draft Initial or Amended Complaint   (10) Settlement Negotiations, Stipulation, Plan of Allocation

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Current Hours | Rate | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alpert, Matthew | (P) | 38.30 | 128.10 | 140.95 | - | 41.75 | 291.00 | 203.80 | 3.25 | 8.95 | 1.00 | 857.10 | 685 | 587,113.50 |
| Burkholz, Spencer | (P) | - | 27.10 | - | - | - | - | - | - | 19.00 | - | 46.10 | 940 | 43,334.00 |
| Daley, Joseph | (P) | - | - | - | - | - | - | - | - | 19.25 | - | 19.25 | 780 | 15,015.00 |
| Davis, Jason | (P) | - | 690.25 | 109.00 | - | - | - | - | - | - | - | 799.25 | 715 | 571,463.75 |
| Goldstein, Jonah H. | (P) | - | 589.75 | 84.00 | - | - | - | - | - | 13.00 | - | 686.75 | 800 | 549,400.00 |
| Gusikoff Stewart, Ellen | (P) | - | - | 2.75 | - | - | - | - | - | - | 59.00 | 61.75 | 870 | 53,722.50 |
| Saham, Scott H. | (P) | - | 712.25 | 815.00 | 2.50 | 257.75 | 2.00 | - | - | 374.75 | 74.50 | 2,238.75 | 800 | 1,791,000.00 |
| Walton, David | (P) | 5.20 | - | 4.50 | - | 2.60 | - | - | 2.70 | - | 0.70 | 15.70 | 930 | 14,601.00 |
| Wilens, Douglas | (P) | - | - | 6.75 | - | - | - | - | - | 6.50 | - | 13.25 | 800 | 10,600.00 |
| Dolan, Carissa | (A) | 6.50 | 548.50 | 20.00 | 1.00 | - | 21.25 | 135.75 | 1.75 | 4.50 | 78.75 | 818.00 | 415 | 339,470.00 |
| Hegazi, Nadim | (A) | 51.60 | - | 40.10 | - | 8.00 | 25.00 | 144.10 | 1.00 | 9.90 | 1.80 | 281.50 | 515 | 144,972.50 |
| Lacomb, Timothy | (A) | - | - | - | - | - | - | 25.80 | - | 9.20 | - | 35.00 | 460 | 16,100.00 |
| Pfeffer-Gillett, Alexi | (A) | - | - | - | - | - | - | 31.00 | - | 240.50 | - | 271.50 | 380 | 103,170.00 |
| Tirabassi, Sabrina | (A) | - | - | 27.25 | - | - | - | - | - | 9.35 | - | 36.60 | 555 | 20,313.00 |
| Bays, Lea | (OC) | - | 23.00 | - | - | - | - | - | - | 2.00 | - | 25.00 | 510 | 12,750.00 |
| Lendzion, Lauren | (SA) | - | 14.25 | - | - | - | 785.50 | - | - | 1.25 | - | 801.00 | 360 | 288,360.00 |
| Matney, Andrew | (SA) | - | 440.00 | - | - | - | 432.00 | - | - | - | - | 872.00 | 360 | 313,920.00 |
| Mehta, Dharmi | (SA) | 137.25 | - | - | - | - | - | 48.00 | - | - | - | 185.25 | 360 | 66,690.00 |
| Rosing, Robert | (SA) | 15.75 | 0.50 | - | - | - | 926.50 | - | - | 4.00 | - | 946.75 | 360 | 340,830.00 |
| Sonney, Megan | (SA) | - | 752.00 | - | - | - | 188.50 | - | - | - | - | 940.50 | 360 | 338,580.00 |
| Vernon, Lindsay | (SA) | - | - | - | - | - | 492.25 | - | - | - | - | 492.25 | 360 | 177,210.00 |
| Koelbl, Terry | (FA) | 58.50 | 511.00 | 69.50 | - | 235.75 | 68.50 | - | - | 50.00 | 2.00 | 995.25 | 500 | 497,625.00 |
| Barhoum, Anthony | (EA) | 10.00 | - | - | - | - | - | - | - | - | 4.50 | 14.50 | 430 | 6,235.00 |
| Topp, Jennifer | (EA) | - | - | - | - | - | - | - | - | 28.70 | - | 28.70 | 335 | 9,614.50 |
| Uralets, Boris | (EA) | 9.40 | - | - | - | - | - | - | - | - | - | 9.40 | 415 | 3,901.00 |
| Villalovas, Frank | (EA) | - | - | - | - | - | - | - | - | 5.50 | - | 5.50 | 420 | 2,310.00 |
| Roelen, Scott | (RA) | 77.80 | - | - | - | - | - | - | - | - | - | 77.80 | 295 | 22,951.00 |
| Brandon, Kelley | (I) | 13.50 | - | - | - | - | - | - | - | - | - | 13.50 | 250 | 3,375.00 |

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Current Hours | Rate | Current Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Browning, Aaron | (LS) | - | 119.00 | - | - | - | - | - | - | - | - | 119.00 | 290 | 34,510.00 |
| Keita, C. Oumar | (LS) | - | 10.50 | - | - | - | - | - | - | - | - | 10.50 | 290 | 3,045.00 |
| Milliron, Christine | (LS) | - | 21.00 | - | - | - | - | - | - | 1.50 | - | 22.50 | 375 | 8,437.50 |
| Torres, Michael | (LS) | - | 0.50 | - | - | - | - | - | - | 11.50 | - | 12.00 | 375 | 4,500.00 |
| Ulloa, Sergio | (LS) | - | - | - | - | - | - | - | - | 71.00 | - | 71.00 | 290 | 20,590.00 |
| Kinnon, Christopher | (LC) | 32.50 | - | - | | - | - | - | - | 11.00 | - | 43.50 | 175 | 7,612.50 |
| Paralegals | | 7.50 | 438.00 | 343.25 | - | 80.00 | 13.75 | 13.50 | 1.00 | 18.25 | 82.00 | 997.25 | 265-295 | 291,653.75 |
| Document Clerks | | 7.50 | 341.00 | - | - | - | 220.05 | - | - | - | - | 568.55 | 150 | 85,282.50 |
| Shareholder Relations | | - | - | - | - | - | - | - | 9.90 | - | - | 9.90 | 95-100 | 982.50 |
| *TOTAL:* | | 471.30 | 5,366.70 | 1,663.05 | 3.50 | 625.85 | 3,466.30 | 601.95 | 19.60 | 919.60 | 304.25 | 13,442.10 | | 6,801,240.50 |

(P) Partner

(A) Associate

(OC) Of Counsel

(SA) Staff Attorney

(FA) Forensic Accountant

(EA) Economic Analyst

(RA) Research Analyst

(I) Investigator

(LS) Litigation Support

(LC) Law Clerk