# EXHIBIT C

# EXHIBIT C

*Daniel Luna v. Marvell Technology Group, Ltd., et al.*
**Robbins Geller Rudman & Dowd LLP**
**Inception through January 3, 2018**

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing, Witness and Other Fees | | $ 5,433.35 |
| Class Action Notices | | 15,575.66 |
| Transportation, Hotels & Meals | | 63,765.23 |
| Messenger, Overnight Delivery | | 2,327.48 |
| Court Hearing Transcripts, Deposition Reporting, Deposition Transcripts, Deposition Videography, and Deposition Conference Room Rentals | | 49,588.03 |
| Experts/Investigators | | 291,008.19 |
|     Crowninshield Financial Research, Inc. | $ 182,737.00 | |
|     Hemming Morse, LLP | 56,262.49 | |
|     L.R. Hodges & Associates, Ltd. | 52,008.70 | |
| Photocopies | | 6,062.45 |
|     Outside | $ 483.85 | |
|     In-House Black and White (26,224 copies at $0.15/page) | 3,933.60 | |
|     In-House Color (3,290 copies at $0.50/page) | 1,645.00 | |
| Online Legal and Financial Research | | 62,896.26 |
| ***TOTAL*** | | ***$ 496,656.65*** |