# EXHIBIT D

# EXHIBIT D

### *Daniel Luna v. Marvell Technology Group, Ltd., et al*.
### Robbins Geller Rudman & Dowd LLP

Filing, Witness and Other Fees: $5,433.35

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 03/28/16 | Clerk of the Court | Court filing fee: N. Hegazi admission fee |
| 07/20/16 | Class Action Research & Litigation Support Services, Inc. | Courtesy copy for Judge's chamber: Lead Plaintiff's notice of: (1) amendment of opinion and (2) recent SEC filing |
| 01/20/17 | Class Action Research & Litigation Support Services, Inc. | 08/10/16 Courtesy copy for Judge's chamber: Lead Plaintiff's proposed case management statement |
| 03/10/17 | Class Action Research & Litigation Support Services, Inc. | 09/26/16 Courtesy copy for Judge's chamber: joint case management statement |
| 04/30/17 | Class Action Research & Litigation Support Services, Inc. | 11/29/16 Courtesy copy for Judge's chamber: consolidated amended class action complaint |
| 05/31/17 | Class Action Research & Litigation Support Services, Inc. | 12/12/16 Courtesy copy for Judge's chamber: Lead Plaintiff's certification of interested entities |
| 07/31/17 | Class Action Research & Litigation Support Services, Inc. | 02/28/17 Courtesy copy for Judge's chamber: Lead Plaintiff's omnibus opposition to defendants' motions to dismiss the consolidated amended complaint |
| 08/31/17 | Class Action Research & Litigation Support Services, Inc. | 04/27/17 Courtesy copy for Judge's chamber: joint case management conference statement |
| 09/26/17 | Rajan Pai | Trial witness fee |
| 09/27/17 | Sean Keohane | Trial witness fee |
| 09/27/17 | Steve Quan | Trial witness fee |
| 09/27/17 | Class Action Research & Litigation Support Services, Inc. | 05/19/17 Courtesy copy for Judge's chamber: notice of appearance of counsel<br><br>06/02/17 Courtesy copy for Judge's chamber: notice of appearance of counsel |
| 09/30/17 | Class Action Research & Litigation Support Services, Inc. | 06/05/17 Personal Service: KPMG LLP by serving V. Martinez: subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action; Schedule A<br><br>06/05/17 Personal Service: returned not served: Western Digital: subpoena to produce documents, information, or objects |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| | | or to permit inspection of premises in a civil action; Schedule A |
| | | 06/05/17 Personal Service: Toshiba American Information Systems, Inc. by serving D. Vilkatis: subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action; Schedule A |
| | | 06/05/17 Personal Service: Seagate Technology PLC by serving D. Mavrikis: subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action; Schedule A |
| | | 06/05/17 Personal Service: PricewaterhouseCoopers LLP by serving B. Lucero: subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action; Schedule A |
| | | 06/05/17 Personal Service: Ernst & Young LLP by serving R. Villalobos: subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action; Schedule A |
| | | 06/05/17 Personal Service: Deloitte & Touche LLP by serving T. Raoof: subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action; Schedule A |
| | | 06/06/17 Personal Service: Toshiba America Electronic Components, Inc. by serving W. Hwanbo: subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action; Schedule A |
| | | 06/06/17 Personal Service: Toshiba America Electronic Components, Inc. by serving D. Lima: subpoena to produce documents, information, or objects or to |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| | | permit inspection of premises in a civil action; Schedule A<br><br>06/06/17 Personal Service: Western Digital Corporation by serving C. Webb: subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action; Schedule A<br><br>06/08/17 Personal Service: returned not served: Toshiba Corporation: subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action; Schedule A |
| 10/10/17 | Michael Rashkin | Trial witness fee |
| 10/28/17 | Class Action Research & Litigation Support Services, Inc. | 06/14/17 Courtesy copy for Judge's chamber: stipulated (proposed) protective order |
| 11/30/17 | KPMG LLP | Deposition witness fee |
| 11/30/17 | David Friedrich | Trial witness fee |
| 11/30/17 | Class Action Research & Litigation Support Services, Inc. | 08/01/17 Courtesy copy for Judge's chamber: letter brief dated August 1, 2017<br><br>08/05/17 Personal Service: S. Keohane: subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action; Schedule A and subpoena to testify at a deposition in a civil action<br><br>08/05/17 Personal Service: witness fees advanced: S. Keohane: subpoena to testify at a deposition in a civil action<br><br>08/05/17 Personal Service: L. Li: subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action; Schedule A and subpoena to testify a deposition in a civil action<br><br>08/05/17 Personal Service: witness fees advanced: L. Li: subpoena to testify at a deposition in a civil action<br><br>08/09/17 Personal Service: returned not served: S. Quan: subpoena to produce documents, information, or objects or to |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| | | permit inspection of premises in a civil action; Schedule A<br><br>08/09/17 Personal Service: returned not served: S. Quan: subpoena to testify at a deposition in a civil action |
| 12/13/17 | Class Action Research & Litigation Support Services, Inc. | 09/12/17 Obtained copies of docket: defendant W. Dai's consent to final judgment; final judgment as to defendant W. Dai; final judgment as to defendant Marvell Technology Group, Ltd.<br><br>09/20/17 Courtesy copy for Judge's chamber: notice of change in counsel<br><br>10/11/17 Personal Service: returned not served: R. Jobanputra: subpoena to testify at a deposition in a civil action<br><br>10/11/17 Personal Service: KPMG LLP by serving Deborah A.: subpoena to testify at a deposition in a civil action<br><br>10/11/17 Personal Service: witness fees advanced: KPMG LLP: subpoena to testify at a deposition in a civil action<br><br>11/07/17 Personal Service: returned not served: D. Atkinson: subpoena to testify at a deposition in a civil action<br><br>11/16/17 Courtesy copy for Judge's chamber: stipulation and (proposed) order regarding class notice procedures |
| 12/31/17 | Class Action Research & Litigation Support Services, Inc. | Courtesy copy for Judge's chamber: Lead Plaintiff's notice of motion and unopposed motion for preliminary approval of proposed class action settlement and memorandum of points and authorities in support thereof; declaration of M. Joaquin regarding notice plan; stipulation of settlement |