# EXHIBIT E

# EXHIBIT E

## *Daniel Luna v. Marvell Technology Group, Ltd., et al*.
**Robbins Geller Rudman & Dowd LLP**

Transportation, Hotels and Meals:  $63,765.23

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Saham, Scott | 01/28/16-01/29/16 | San Jose, CA | Lead Plaintiff hearing (taken off calendar after arrival) |
| Kinnon, Christopher | 07/28/16-07/29/16 | San Jose, CA | Motion to dismiss hearing |
| Koelbl, Terry | 07/28/16-07/29/16 | San Jose, CA | Motion to dismiss hearing |
| Saham, Scott | 07/28/16-07/29/16 | San Jose, CA | Motion to dismiss hearing |
| Saham, Scott | 01/11/17-01/12/17 | San Francisco, CA | Case management conference hearing |
| Hegazi, Nadim | 01/12/17 | San Francisco, CA | Case management conference hearing |
| Saham, Scott | 05/03/17-05/04/17 | San Francisco, CA | Motion to dismiss hearing |
| Hegazi, Nadim | 05/04/17 | San Francisco, CA | Motion to dismiss hearing |
| Saham, Scott | 05/31/17-06/01/17 | San Francisco, CA | Case management conference hearing |
| Dolan, Carissa | 06/01/17 | San Francisco, CA | Case management conference hearing |
| Saham, Scott | 08/07/17-08/08/17 | Alexandria, VA | Deposition preparation with client |
| Saham, Scott | 08/20/17-08/22/17 | Washington, DC | T. Inscoe deposition |
| Goldstein, Jonah | 08/27/17-08/30/17 | Boston, MA | S. Feinstein deposition and preparation |
| Saham, Scott | 08/27/17-08/30/17 | Boston, MA | S. Feinstein deposition and preparation |
| Goldstein, Jonah | 08/30/17-08/31/17 | Charlotte, NC | Wedge Capital Management deposition |
| Saham, Scott | 08/30/17-08/31/17 | Charlotte, NC | Wedge Capital Management deposition |
| Koelbl, Terry | 09/20/17-09/22/17 | San Francisco, CA | Motion to compel hearing.  Meeting with accounting expert P. Regan |
| Saham, Scott | 09/20/17-09/22/17 | San Francisco, CA | Motion to compel hearing.  Meeting with accounting expert P. Regan |
| Davis, Jason | 09/26/17-09/27/17 | San Jose, CA | L. Lee deposition |
| Koelbl, Terry | 09/26/17-09/27/17 | San Jose, CA | L. Lee deposition |
| Sonney, Megan | 09/26/17-09/27/17 | San Francisco, CA | R. Pai deposition |

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Goldstein, Jonah | 09/26/17-09/28/17 | San Francisco, CA | R. Pai deposition |
| Saham, Scott | 09/27/17-09/28/17 | San Francisco, CA | R. Pai deposition |
| Sonney, Megan | 10/02/17-10/03/17 | San Francisco, CA | S. Keohane deposition |
| Goldstein, Jonah | 10/02/17-10/04/17 | San Francisco, CA | S. Keohane deposition |
| Pfeffer-Gillett, Alexi | 10/15/17-10/16/17 | San Francisco, CA | S. Quan deposition |
| Saham, Scott | 10/15/17-10/17/17 | San Francisco, CA | S. Quan deposition |
| Sonney, Megan | 10/16/17 | San Francisco, CA | S. Quan deposition |
| Goldstein, Jonah | 10/17/17-10/18/17 | San Jose, CA | M. Rashkin deposition |
| Koelbl, Terry | 10/17/17-10/18/17 | San Jose, CA | M. Rashkin deposition |
| Matney, Andrew | 10/17/17-10/18/17 | San Jose, CA | M. Rashkin deposition |
| Saham, Scott | 10/17/17-10/18/17 | San Jose, CA | M. Rashkin deposition |
| Goldstein, Jonah | 10/25/17-10/26/17 | San Francisco, CA | Class certification hearing |
| Saham, Scott | 10/25/17-10/26/17 | San Francisco, CA | Class certification hearing |
| Dolan, Carissa | 11/09/17-11/10/17 | San Francisco, CA | S. Nagesh deposition |
| Goldstein, Jonah | 11/09/17-11/10/17 | San Francisco, CA | S. Nagesh deposition |
| Koelbl, Terry | 11/09/17-11/10/17 | San Francisco, CA | S. Nagesh deposition |
| Saham, Scott | 11/09/17-11/10/17 | San Francisco, CA | S. Nagesh deposition |
| Koelbl, Terry | 11/28/17-11/30/17 | San Francisco, CA | KPMG deposition and preparation |
| Davis, Jason | 12/05/17-12/06/17 | Denver, CO | J. Reeves deposition |
| Dolan, Carissa | 12/05/17-12/06/17 | Denver, CO | J. Reeves deposition |
| Alpert, Matthew | 12/06/17-12/07/17 | San Jose, CA | D. Friedrich deposition |
| Sonney, Megan | 12/06/17-12/07/17 | San Jose, CA | D. Friedrich deposition |
| Koelbl, Terry | 12/10/17-12/12/17 | San Francisco, CA | PwC deposition |
| Goldstein, Jonah | 12/11/17-12/12/17 | San Francisco, CA | Settlement conference |

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Saham, Scott | 12/11/17-12/12/17 | San Francisco, CA | Settlement conference |
| Saham, Scott | 12/20/17-12/21/17 | San Francisco, CA | Preliminary approval hearing |
| Gusikoff Stewart, Ellen | 12/21/17 | San Francisco, CA | Preliminary approval hearing |