# EXHIBIT F

# EXHIBIT F

*Daniel Luna v. Marvell Technology Group, Ltd., et al.*
**Robbins Geller Rudman & Dowd LLP**

Court Hearing Transcripts, Deposition Reporting, Deposition Transcripts, Deposition Videography, and Deposition Conference Room Rentals: $49,588.03

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 08/08/16 | Irene Rodriguez | July 29, 2016 Hearing transcript |
| 01/12/17 | Debra L. Pas | January 12, 2017 Hearing transcript |
| 05/05/17 | Debra L. Pas | May 4, 2017 Hearing transcript |
| 06/05/17 | Pamela A. Batalo, CSR, Inc. | June 1, 2017 Hearing transcript |
| 08/30/17 | Veritext Corp. | Deposition of T. Inscoe |
| 09/08/17 | Veritext Corp. | Deposition of B. Pratt |
| 09/19/17 | Veritext Corp. | Deposition of S. Feinstein |
| 09/22/17 | Jo Ann Bryce, CSR, RMR, CRR | September 21, 2017 Hearing transcript |
| 10/12/17 | Veritext Corp. | Depositions of R. Pai and L. Lee |
| 10/19/17 | Veritext Corp. | Deposition of S. Keohane |
| 10/23/17 | Veritext Corp. | Deposition of S. Quan |
| 10/25/17 | Veritext Corp. | Deposition of M. Rashkin |
| 10/26/17 | Debra L. Pas | October 26, 2017 Hearing transcript |
| 11/29/17 | Veritext Corp. | Depositions of S. Nagesh and G. Van Drunen |
| 12/19/17 | Veritext Corp. | Deposition of R. Jobanputra |
| 12/22/17 | Debra L. Pas | December 21, 2017 Hearing transcript |
| 12/26/17 | Veritext Corp. | Deposition of J. Reeves |
| 12/27/17 | Veritext Corp. | Deposition of D. Friedrich |