# EXHIBIT G

# EXHIBIT G

*Daniel Luna v. Marvell Technology Group, Ltd., et al.*
**Robbins Geller Rudman & Dowd LLP**

Photocopies: $6,062.45
    In-House (Black and White): $3,933.60  (26,224 copies @ $0.15 per page)
    In-House (Color): $1,645.00  (3,290 copies @ $0.50 per page)
    Outside Photocopies: $483.85  (detailed below)

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 04/30/16 | UPS | Print out defendants' motion to dismiss |
| 04/30/16 | FedEx | Print out defendants' motion to dismiss |
| 06/09/16 | UPS | Print out opposition to motion to dismiss |
| 07/15/17 | UPS | Print document |
| 08/11/17 | FedEx | Print copy of SEC presentation and work papers |
| 09/13/17 | Securities and Exchange Commission | Certified copy of company filing |
| 09/26/17 | Megan Sonney | Copy reimbursement for R. Pai deposition |
| 09/27/17 | FedEx | Copies for L. Lee deposition |
| 10/17/17 | Andrew Matney | Copy reimbursement for M. Rashkin deposition |
| 12/06/17 | FedEx | Copies for J. Reeves deposition |