ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SHAWN A. WILLIAMS (213113)
JASON C. DAVIS (253370)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com
    – and –
ELLEN GUSIKOFF STEWART (144892)
JONAH H. GOLDSTEIN (193777)
SCOTT H. SAHAM (188355)
MATTHEW I. ALPERT (238024)
CARISSA J. DOLAN (303887)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
jonahg@rgrdlaw.com
scotts@rgrdlaw.com
malpert@rgrdlaw.com
cdolan@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL LUNA, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>MARVELL TECHNOLOGY GROUP, LTD., et al.,<br><br>                Defendants. | Case No. 3:15-cv-05447-WHA<br><br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER REGARDING ATTORNEYS' FEE AWARD |

1480666_1

1     WHEREAS on April 20, 2018, the Court issued an Order Granting Motion for Final Approval of Class settlement of $72.5 million and Granting in Part Motion for Attorney's Fees and Expenses;

    WHEREAS the Court awarded attorney's fees in the amount of $13,602,481 with interest accrued and expenses of $496,656.65;

    WHEREAS the Court ordered that half of the attorney's fee amount shall be paid after the effective date as defined in the Stipulation of Settlement, dated December 19, 2017, and the other half shall be paid when Lead Counsel certify that all funds have been properly distributed and the file can be completely closed;

    WHEREAS Lead Counsel certified on October 25, 2018, that the Net Settlement Fund of $58,352,114.32 was distributed to Authorized Claimants;

    IT IS HEREBY ORDERED that Lead Counsel shall be paid the second half of the attorneys' fee previously awarded in the amount of $6,801,240.50 plus interest accrued in the amount of $113,605.41 and that the Clerk of the Court is directed to close the file.

DATED: October 25, 2018.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE